**Daniel SIEBERT, Petitioner–Appellant,**

v.

**Richard F. ALLEN, Commissioner, Alabama Department of Corrections, Respondent–Appellee.**

No. 06–11841.

United States Court of Appeals, Eleventh Circuit.

Jan. 7, 2008.

Anne Borelli and Leslie S. Smith (Court–Appointed) Fed. Defenders, La-

Juana S. Davis (Court–Appointed), Equal Justice Initiative of AL, Montgomery, AL, for Siebert.

J. Clayton Crenshaw, Montgomery, AL, Kevin Christopher Newsom, Bradley, Arant, Rose & White, LLP, Birmingham, AL, for Allen.

Before TJOFLAT, BARKETT and WILSON, Circuit Judges.

ORDER:

Based upon our review of Petitioner–Appellant's Motion for Clarification filed January 4, 2008, and given that jurisdiction over this case remains with the United States Supreme Court until rehearing is resolved and their final judgment issues, we vacate this Court's December 21, 2007 opinion on remand from the Supreme Court of the United States.